# S ILLS  C UMMIS  &  G ROSS

A PROFESSIONAL CORPORATION

**650 College Road East
Princeton, New Jersey 08540
Tel: 609-227-4600
Fax: 609-227-4646**

**One Riverfront Plaza
Newark, NJ  07102
Tel: 973-643-7000
Fax: 973-643-6500**

**Valerie A. Hamilton
Of Counsel
Direct Dial:  (609) 227-4608
E-mail: vhamilton@sillscummis.com**

**One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500**

June 22, 2009

**BY CM/ECF**

Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
  for the District of New Jersey
50 Walnut Street, 3d Flr.
Newark, NJ  07102

> **Re:    In re Bayonne Medical Center, Case No. 07-15195 (MS)
> The Official Committee of Unsecured Creditors of Bayonne
> Medical Center v. Robert H. Evans, et al.
> Adv. Pro. No. 09-1688**

Dear Judge Stern:

This firm represents the Post-Effective Date Creditors Committee, as successor-in-interest to the Official Committee of Unsecured Creditors of Bayonne Medical Center, the plaintiff in the above-referenced adversary proceeding.  This letter shall confirm that the pretrial conference in this matter, which was scheduled for June 23, 2009, has been adjourned to July 14, 2009 at 9:30 a.m.

We thank the Court for its kind consideration of this matter.

Respectfully submitted,

/s/ Valerie A. Hamilton

Valerie A. Hamilton

/VAH
cc:    All Parties in Interest