GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Robert H. Evans

UNITED STATES BANKRUPCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BAYONNE MEDICAL CENTER,<br><br>Debtor. | Hon. Morris Stern<br><br>Case No. 07-15195 (MS)<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BAYONNE MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT H. EVANS, HERMAN BROCKMAN, THEODORE GARELICK, WILLIAM J. CAMPBELL, ROBERT C. MILL, WILLIAM J. FINNERTY, HOWARD LEVINE, ANTHONY WARD, DEBORAH WOZNIAK and WITHUMSMITH+BROWN, P.C.,<br><br>Defendants. | Adv. Pro. No.: 09-01688 (MS)<br><br>**CERTIFICATION OF SERVICE** |

**DAVID L. BRUCK,** being of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant Robert H. Evans ("Evans") in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

26

1118415.02

2.  I hereby certify that on the date set forth below, I caused a true and correct copy of

Evans' Answer to Adversary Complaint, Affirmative Defenses, Cross-Claims, and Third Party

Complaint, and the within Certification of Service, to be served upon all counsel of record *via*

*the Court's CM/ECF system.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ David L. Bruck
    DAVID L. BRUCK, ESQ.

Dated:  June 30, 2009

27