GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Robert H. Evans

UNITED STATES BANKRUPCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BAYONNE MEDICAL CENTER,<br><br>Debtor. | Hon. Morris Stern<br><br>Case No. 07-15195 (MS)<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BAYONNE MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT H. EVANS, HERMAN BROCKMAN, THEODORE GARELICK, WILLIAM J. CAMPBELL, ROBERT C. MILL, WILLIAM J. FINNERTY, HOWARD LEVINE, ANTHONY WARD, DEBORAH WOZNIAK and WITHUMSMITH+BROWN, P.C.,<br><br>Defendants. | Adv. Pro. No.: 09-01688 (MS)<br><br>**CERTIFICATION OF SERVICE** |
| ROBERT H. EVANS,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HEATHER AARON and PAUL MOHRLE,<br><br>Third Party Defendants. | |

**DAVID L. BRUCK,** being of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and a partner with the firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant Robert H. Evans ("Evans") in the above-captioned matter.  As such, I have personal knowledge of the facts set forth herein.

2.     I hereby certify that on the date set forth below, I caused a true and correct copy of Evans' Amended Answer to Adversary Complaint, Affirmative Defenses, Cross-Claims, and Third Party Complaint, and the within Certification of Service, to be served upon the following counsel of record via the Court's CM/ECF system.

Scott B. Murray, Esq.
Sills Cummis & Gross P.C.
1 Riverfront Plaza
Newark, New Jersey 07102
Attorneys for Plaintiff

Catherine J. Bick, Esq.
Giordana Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Attorneys for defendant Withum Smith & Brown, P.C.

3.     I hereby certify that on the date set forth below, I caused a true and correct copy of Evans' Amended Answer to Adversary Complaint, Affirmative Defenses, Cross-Claims, and Third Party Complaint, and the within Certification of Service, to be served upon the following via Federal Express:

Paul G. Nittoly, Esq.
Tonia Ann Paterson, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
Attorneys for Third-Party Defendant Heather Aaron

William F. Maderer, Esq.
Michael J. Grohs, Esq.
Saiber LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
Attorneys for Plaintiff Paul Mohrle

-3-

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ David L. Bruck
DAVID L. BRUCK, ESQ.

**Dated:  July 7, 2009**