# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the matter of:

| | |
|---|---|
| BAYONNE MEDICAL CENTER, **(Debtor)** | **Case No.** 07-15195 (MS) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS **(Plaintiff)** | **Adversary No.** 09-1688 (MS) |
| **v.** | |
| WITHUMSMITH+BROWN, PC **(Defendant and Third-Party Plaintiff)** | |
| **v.** | |
| PAUL MOHRLE **(Third-Party Defendant)** | |

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk    Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Boris I. Mankovetskiy, Sills Cummis & Gross, PC
> One Riverfront Plaza, Newark, New Jersey 07102

At the same time, you must also serve a copy of the motion or answer upon Defendant and Third-Party Plaintiff's Attorney.

> Name and Address of Defendant and Thirty-Party Plaintiff's
> Attorney    Donald F. Campbell, Jr., Esq., Giordano, Halleran & Ciesla, PC
> 125 Half Mile Road, Red Bank, NJ 07701

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an anser to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

JAMES J. WALDRON
Clerk of the Bankruptcy Court

7/7/2009
Date

By: _____
Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE, IN EACH COURTROOM, AND ON OUR WEB SITE AT: www.njb.uscourts.gov. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.**