Case: Wilen v. Evans, et al.
Adv. Proc. No.: 09-1688
Caption of Order: Order Regarding Procedure for Production of Documents By IJKG, LLC and
the Estate Representative that are Responsive to Certain Document Requests and Subpoenas

|  |
| --- |
| Third Party Plaintiff, <br><br> v. <br><br> HEATHER AARON and PAUL MOHRLE, <br><br> Third Party Defendants. |
| WITHUMSMITH+BROWN, <br><br> Fourth Party Plaintiff, <br><br> v. <br><br> PAUL MOHRLE; HEATHER AARON; OMNI ASSET MANAGEMENT LLC and AVERY EISENREICH, <br><br> Fourth Party Defendants. |
| HERMAN BROCKMAN; THEODORE GARELICK; WILLIAM J. CAMPBELL; ROBERT C. MILL; WILLIAM J. FINNERTY; HOWARD LEVINE; ANTHONY WARD and DEBORAH WOZNIAK, <br><br> Fifth Party Plaintiffs, <br><br> v. <br><br> HEATHER AARON and PAUL MOHRLE, <br><br> Fifth Party Defendants. |

FILED
JAMES J. WALDRON, CLERK

JUL 3 0 2010

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER FURTHER AMENDING JUNE 28 DISCOVERY PROTECTIVE ORDER REGARDING PRIVILEGED INFORMATION, AS AMENDED BY ORDER FILED JULY 12, 2010

The relief set forth on the following page numbered three (3) is hereby **ORDERED**.

It is **ORDERED**:

7/30/10

2

Case:  Wilen v. Evans, et al.
Adv. Proc. No.:  09-1688
Caption of Order:  Order Regarding Procedure for Production of Documents By IJKG, LLC and
the Estate Representative that are Responsive to Certain Document Requests and Subpoenas

1. That the Discovery Protective Order Regarding Privileged Information, entered on the

docket on June 28, 2010, and amended by order filed and entered on July 12, 2010, is further

amended only to the extent that all deadlines for the parties' designations, objections and

productions under the Order are extended for an additional 14 calendar days.

::ODMA\PCDOCS\GHCDOCS\742961\1