Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Bayonne Medical Center
Debtor

Case No.: 07−15195−MS
Chapter 11

Allen D. Wilen
Plaintiff

v.

Robert H. Evans
Defendant

Adv. Proc. No. 09−01688−MS                                Judge: Morris Stern

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 30, 2010, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 159 − 149
Order Further Amending June 28 Discovery Protective Order Regarding Privileged Information, As Amended by Order Filed July 12, 2010 (related document:[149] Discovery Protective Order). The following parties were served: Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 7/30/2010 (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 30, 2010
JJW: rah

James J. Waldron
Clerk